UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**UNDER SEAL**

UNITED STATES OF AMERICA

v.                                                                    Criminal No.  25-49 (DSD/JFD)

JEREMY JOSEPH HUNT
_____

UNITED STATES OF AMERICA

v.                                                                    Criminal No.  14-314(4) (PAM)

JEREMY JOSEPH HUNT

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are related because they involve the same defendant.

Dated: February 22, 2025                    Respectfully submitted,

                                                              LISA D. KIRKPATRICK
                                                              Acting United States Attorney

                                                              *s/ Campbell Warner*
                                                              Campbell Warner
                                                              Assistant U.S. Attorney