UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-49 (DSD/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **MOTION TO DISMISS** ) **INDICTMENT** ) |
| JEREMY JOSEPH HUNT, | ) ) |
| Defendant. | ) |

The United States of America, through undersigned counsel, moves the Court to dismiss this case without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). The government makes this motion in the interest of justice.

DATE: January 23, 2026

DANIEL N. ROSEN
United States Attorney

*/s/ Campbell Warner*
Campbell Warner
Assistant United States Attorney